

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

**COMPLAINT UNDER CIVIL RIGHTS ACT 42 U.S.C. § 1983**

Action Number __2:14cv5__
(To be supplied by the Clerk, U.S. District Court)

Please fill out this complaint form completely. The Court needs the information requested in order to assure that your complaint is processed as quickly as possible and that all your claims are addressed. Please print/write legibly or type.

**I. PARTIES**

A. Plaintiff:

1. (a) _Anthony C Herndon_ (b) _136609_
   (Name)                              (Inmate number)

   (c) _1701 Fairfield Way_
   (Address)

   _Richmond, VA 23223_

Plaintiff MUST keep the Clerk of Court notified of any change of address due to transfer or release. If plaintiff fails to keep the Clerk informed of such changes, this action may be dismissed.

Plaintiff is advised that only persons acting under the color of state law are proper defendants under Section 1983. The Commonwealth of Virginia is immune under the Eleventh Amendment. Private parties such as attorneys and other inmates may not be sued under Section 1983. In addition, liability under Section 1983 requires personal action by the defendant that caused you harm. Normally, the Director of the Department of Corrections, wardens, and sheriffs are not liable under Section 1983 when a claim against them rests solely on the fact that they supervise persons who may have violated your rights. In addition, prisons, jails, and departments within an institution are not persons under Section 1983.

B. Defendant(s):

1. (a) _Col. Pruitt_ (b) _Chaplin_
   (Name)                (Title/Job Description)

   (c) _1701 Fairfield Way_
   (Address)

   _Richmond, VA, 23223_

RECEIVED DEC 18 2013 CLERK, U.S. DISTRICT COURT RICHMOND, VA

2

2. (a) __Major Venible__ (b) __Food Service__
(Name)                       (Title/Job Description)

(c) __1701 Fairfield Way__
(Address)

__Richmond VA 23223__

3. (a) __Sheriff C.T. Woody__ (b) __Sheriff__
(Name)                        (Title/Job Description)

(c) __1701 Fairfield Way__
(Address)

__Richmond VA 23223__

If there are additional defendants, please list them on a separate sheet of paper. Provide all identifying information for each defendant named.

**Plaintiff MUST provide a physical address for defendant(s) in order for the Court to serve the complaint. If plaintiff does not provide a physical address for a defendant, that person may be dismissed as a party to this action.**

II. **PREVIOUS LAWSUITS**

A. Have you ever begun other lawsuits in any state or federal court relating to your imprisonment? Yes [ ] No [X]

B. If your answer to "A" is Yes: You must describe any lawsuit, whether currently pending or closed, in the space below. If there is more than one lawsuit, you must describe each lawsuit on another sheet of paper, using the same outline, and attach hereto.

1. Parties to previous lawsuit:

Plaintiff(s) _____

Defendant(s) _____

_____

2. Court (if federal court, name the district; if state court, name the county):

_____

3. Date lawsuit filed: _____

4. Docket number: _____

3

5. Name of Judge to whom case was assigned: _____

_____

6. Disposition (Was case dismissed? Appealed? Is it still pending? What relief was granted, if any?) :

_____

_____

III. **GRIEVANCE PROCEDURE**

A. At what institution did the events concerning your current complaint take place: _____
Richmond City Jail

B. Does the institution listed in "A" have a grievance procedure? Yes [ ✓ ] No [ ]

C. If your answer to "B" is Yes:

1. Did you file a grievance based on this complaint? Yes [ ✓ ] No [ ]

2. If so, where and when: Richmond City Jail 10/23/13

3. What was the result? No Response

_____

4. Did you appeal? Yes [ ] No [ ]

5. Result of appeal: No Response to actual Grievance

D. If there was no prison grievance procedure in the institution, did you complain to the prison authorities? Yes [ ] No [ ]

If your answer is Yes, what steps did you take? _____

_____

E. If your answer is No, explain why you did not submit your complaint to the prison authorities:

_____

_____

4

## IV. STATEMENT OF THE CLAIM

State here the facts of your case. Describe how each defendant is involved and how you were harmed by their action. Also include the dates, places of events, and constitutional amendments you allege were violated.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.

I've been housed in the Richmond City Jail since Nov. 28, 2012 which is about 11 mo's Since that time, I've been denied the right to Practice my Jewish Faith.

Food Service dose'nt Provide me with a Kosher meal. I am requried to eat a stick diet based on my Jewish Faith. I am also not allowed to receive any of my Jewish liteture per Chaplain Puritt because he stated their isn't enough Jew in the Richmond City Jail. this incident occured on Dec. 20, 2012

I feel my first amendment is being violated. I Have talked to Majors, Sergants & Lieutents & problem is still un Reslove, And Still is refuced all Jewish Liteture to practice my faith.

## V. RELIEF

I understand that in a Section 1983 action the Court cannot change my sentence, release me from custody or restore good time. I understand I should file a petition for a writ of habeas corpus if I desire this type of relief. __A.C.H.__ (please initial)

The plaintiff wants the Court to: (check those remedies you seek)

__✓__ Award money damages in the amount of $ _$250,000_

____ Grant injunctive relief by _____

____ Other _____

## VI. PLACES OF INCARCERATION

Please list the institutions at which you were incarcerated during the last six months. If you were transferred during this period, list the date(s) of transfer. Provide an address for each institution.

_Richmond City Jail_

## VII. CONSENT

CONSENT TO TRIAL BY A MAGISTRATE JUDGE: The parties are advised of their right, pursuant to 28 U.S.C. § 636(c), to have a U.S. Magistrate Judge preside over a trial, with appeal to the U.S. Court of Appeals for the Fourth Circuit.

**Do you consent to proceed before a U.S. Magistrate Judge:** Yes [ ✓ ]  No [  ]. You may consent at any time; however, an early consent is encouraged.

## VIII. SIGNATURE

If there is more than one plaintiff, each plaintiff must sign for himself or herself.

Signed this _4th_ day of _Nov_, 20_13_.

Plaintiff _Anthony C Herndon_

6